THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Patrick T. Corbitt, 
 Appellant. 
 
 
 

Appeal From Richland 
 County
  Henry F. Floyd, Circuit Court 
 Judge

Unpublished Opinion 
 No.  2004-UP-295
 Submitted February 20, 2004 
  Filed May 5, 2004  

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender 
 Robert M. Pachak, Office of Appellate Defense, of Columbia,  for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Charles H. Richardson, all of Columbia; and 
 Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER 
 CURIAM:  Patrick T. Corbitt appeals his convictions for twenty counts of 
 financial identity fraud and one count of criminal conspiracy.  Corbitts appellate 
 counsel has petitioned to be relieved as counsel, stating he has reviewed the 
 record and has concluded Corbitts appeal is without merit.  The issue briefed 
 by counsel concerns whether the trial court erred in denying a request by the 
 defense to sever the twenty counts of financial identity fraud.  Corbitt has 
 a pro se document with this court on his own behalf alleging numerous 
 irregularities that occurred both before and during his trial.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues in this case that are arguable on their merits.  Accordingly, we dismiss 
 Gilchrists appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.

 
 [1]  
 Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.